No. 653. Brown v. Hunter, Warden, et al. C. A. 10th Cir. Certiorari denied. *Howard F. McCue* for petitioner.

No. 707. Correll v. North Carolina. Supreme Court of North Carolina. Certiorari denied. *Raymond Kyle Hayes* for petitioner. *Harry McMullan,* Attorney General of North Carolina, and *T. W. Bruton,* Assistant Attorney General, for respondent.

No. 30, Misc. Illinois ex rel. Marino v. Ragen, Warden. Circuit Court of Winnebago County, Illinois. Certiorari denied. Mr. Justice Douglas, Mr. Justice Murphy, and Mr. Justice Rutledge are of the opinion certiorari should be granted. *Wm. Scott Stewart* for petitioner.

No. 276, Misc. McLaren v. Nierstheimer, Warden. Criminal Court of Cook County, Illinois. Certiorari denied. Petitioner *pro se. Ivan A. Elliott,* Attorney General of Illinois, *William C. Wines, James C. Murray* and *Raymond S. Sarnow,* Assistant Attorneys General, for respondent.

No. 304, Misc. McLaren v. Nierstheimer, Warden. Circuit Court of Randolph County, Illinois. Certiorari denied.

No. 439, Misc. Weber v. Illinois. Supreme Court of Illinois. Certiorari denied.

No. 472, Misc. MacKenna v. New York. Court of Appeals of New York. Certiorari denied. Petitioner